044825/19344/KLM/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| DRAKAAR MALONE,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS, JOHN BALDWIN, WEXFORD HEALTH SOURCES, INC., C.O. JOHNSON, and DOES 1-5,<br><br>        Defendants. | Case Number  18-CV-03285<br><br>Sue E. Myerscough    Tom Schanzle-Haskins |

## **MOTION TO WITHDRAW KAREN MCNAUGHT AS COUNSEL**

NOW COMES the defendant, WEXFORD HEALTH SOURCES, INC., by and through its counsel, CASSIDAY SCHADE LLP, and hereby moves to withdraw as counsel. In support thereof, the following statements are made.

1. The law firm of Cassiday Schade LLP represents defendant, Wexford Health Sources, Inc.

2. Karen L. McNaught entered an appearance for defendant, Wexford Health Sources, Inc.

3. As of December 1, 2019, Karen L. McNaught will no longer be associated with the law firm of Cassiday Schade LLP.

4. Joseph N. Rupcich, who is associated with the law firm of Cassiday Schade LLP, has entered his appearance on behalf of defendant, Wexford Health Sources, Inc.

5. No parties will be prejudiced by the withdrawal of Karen L. McNaught.

WHEREFORE, for the above and foregoing reasons, Karen L. McNaught

respectfully requests this honorable Court to allow her to withdraw as counsel for defendant, Wexford Health Sources, Inc.

        Respectfully submitted,

        WEXFORD HEALTH SOURCES, INC.,

            Defendant,

        CASSIDAY SCHADE LLP,

            Attorneys for Defendant.

        By:   /s/ Karen L. McNaught

Karen L. McNaught
ARDC No. 6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com

## CERTIFICATE OF SERVICE

Under penalties as provided by law, I hereby certify on October 23, 2019, I caused to be electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system, which sends a "Notice of E-Filing" to the following:

>Stephen H. Weil
>Alexis G. Chardon
>Weill & Chardon LLC
>333 S. Wabash Avenue, Suite 2700
>Chicago, IL 60604
>steve@weilchardon.com
>ali@weilchardon.com
>
>Kathryn E. Boyle
>Assistant Attorney General
>500 South Second Street
>Springfield, IL 62701
>kboyle@atg.state.il.us

>/s/ Karen L. McNaught

Karen L. McNaught, #6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com

9305601 KMCNAUGH;MCOVEY